DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOYNTON BEACH 615, LLC,**
Appellant,

v.

**U.S. BANK TRUST NATIONAL ASSOCIATION,**
as owner trustee for RCF 2 Acquisition Trust, et al.,
Appellees.

No. 4D2023-1060

[December 20, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Hon. Gregory M. Keyser, Judge; L.T. Case No. 502019CA015694.

Gregory Bryl, Sunny Isles Beach, for appellant.

Michael Smith of Burr & Forman LLP, Orlando, for appellee.

### *ON CONFESSION OF ERROR*

GERBER, J.

The appellant, which is one of the defendants below, appeals from the circuit court's nonfinal order denying the appellant's motion to quash substitute service of process. The appellee-plaintiff has filed a confession of error, acknowledging that it did not comply with the requirements of section 48.161, Florida Statutes (2022). We agree with the concession of error. Accordingly, we reverse the circuit court's order denying the appellant's motion to quash, and remand with directions for the circuit court to enter an order granting the appellant's motion to quash.

*Reversed and remanded with directions.*

KLINGENSMITH, C.J., and WARNER, J., concur.

\*        \*        \*

**Not final until disposition of timely filed motion for rehearing.**